GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff



FILED ___
RECEIVED ___ LODGED
___ COPY

JUL 27 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Anthony Michael Brock,<br><br>          Defendant. | No. CR-22-00917-PHX-SPL (ESW)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 1<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the Purchase of a Firearm)<br>Counts 2 - 9<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or between May 11, 2018, and July 6, 2021, in the District of Arizona, Defendant ANTHONY MICHAEL BROCK, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

//

## COUNTS 2 - 9

On or about the dates listed below, in the District of Arizona, Defendant ANTHONY MICHAEL BROCK knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ANTHONY MICHAEL BROCK did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant ANTHONY MICHAEL BROCK resided at an address in Yuma, Arizona, whereas in truth and fact, Defendant ANTHONY MICHAEL BROCK knew that he resided at a different address:

| Count | Date | Location |
|---|---|---|
| 2 | 4/25/2021 | Sportsman's Warehouse (Yuma, AZ) |
| 3 | 5/6/2021 | Sportsman's Warehouse (Tucson, AZ) |
| 4 | 4/25/2021 | Sprague's Sports (Yuma, AZ) |
| 5 | 6/12/2021 | Turner's Outdoorsman (Tucson, AZ) |
| 6 | 6/19/2021 | Catalina Pawn (Tucson, AZ) |
| 7 | 6/21/2021 | Catalina Pawn (Tucson, AZ) |
| 8 | 6/21/2021 | Murphy's Gun Shop (Tucson, AZ) |
| 9 | 7/6/2021 | Murphy's Gun Shop (Tucson, AZ) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1 through 9 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 9 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and

- 2 -

interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, and (b) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property Defendant is liable, including, but not limited to, the following property involved and used in the offense:

(1) Springfield Armory, model XDM Elite, 9mm pistol SN: BA357153.

If any forfeitable property, as a result of any act or omission of Defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: July 27, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
ADDISON SANTOME
Assistant U.S. Attorney

- 3 -