# Exhibit 1

# Trial Calendar for 10-week trial starting August 29, 2023–November 9, 2023

## AUGUST

| WEEK | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 |
| | 7 | 8 | 9 | 10 | 11 |
| | 14 | 15 | 16 | 17 | 18 |
| | 21 | 22 | 23 | 24 | 25 |
| 1 | 28 | 29 CR18-422 12-week JT Lacey JURY SELECTION | 30 CR18-422 12-week JT Lacey JURY SELECTION | 31 CR18-422 12-week JT Lacey JURY SELECTION | |

## SEPTEMBER

| WEEK | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | | | 1<br>Recess |
| 2 | 4<br>Holiday | 5<br>Recess | 6<br>CR18-422 12-week JT Lacey | 7<br>CR18-422 12-week JT Lacey | 8<br>CR18-422 12-week JT Lacey<br>½ day |
| 3 | 11 | 12<br>CR18-422 12-week JT Lacey | 13<br>CR18-422 12-week JT Lacey | 14<br>CR18-422 12-week JT Lacey | 15<br>CR18-422 12-week JT Lacey<br>½ day |
| 4 | 18 | 19<br>CR18-422 12-week JT Lacey | 20<br>CR18-422 12-week JT Lacey | 21<br>CR18-422 12-week JT Lacey | 22<br>CR18-422 12-week JT Lacey<br>½ day |
| 5 | 25 | 26<br>CR18-422 12-week JT Lacey | 27<br>CR18-422 12-week JT Lacey | 28<br>CR18-422 12-week JT Lacey | 29<br>Recess |

## OCTOBER

| WEEK | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | 2 | 3<br>Recess | 4<br>Recess | 5<br>Recess | 6<br>Recess |
| 6 | 9<br>Holiday | 10<br>CR18-422 12-week JT Lacey | 11<br>CR18-422 12-week JT Lacey | 12<br>CR18-422 12-week JT Lacey | 13<br>CR18-422 12-week JT Lacey<br>½ day |
| 7 | 16 | 17<br>CR18-422 12-week JT Lacey | 18<br>CR18-422 12-week JT Lacey | 19<br>CR18-422 12-week JT Lacey | 20<br>CR18-422 12-week JT Lacey<br>½ day |
| 8 | 23 | 24<br>CR18-422 12-week JT Lacey | 25<br>CR18-422 12-week JT Lacey | 26<br>CR18-422 12-week JT Lacey | 27<br>CR18-422 12-week JT Lacey<br>½ day |
| 9 | 30 | 31<br>CR18-422 12-week JT Lacey | | | |

## NOVEMBER

| WEEK | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
|  |  |  | 1<br>CR18-422 12-week JT<br>Lacey | 2<br>CR18-422 12-week JT<br>Lacey | 3<br>CR18-422 12-week JT<br>Lacey<br>½ day |
| 10 | 6 | 7<br>CR18-422 12-week JT<br>Lacey | 8<br>CR18-422 12-week JT<br>Lacey | 9<br>CR18-422 12-week JT<br>Lacey | 10<br>Holiday |
|  | 13 | 14 | 15 | 16 | 17 |
|  | 20 | 21 | 22 | 23 | 24 |
|  | 27 | 28 | 29 | 30 |  |